| Case No. | CV 19-0562 FMO (KSx) | Date | May 24, 2019 |
|---|---|---|---|
| Title | Jason Lee, et al. v. Scuba Mania, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Remanding Action

On January 23, 2019, defendants Scuba Mania, Inc. d/b/a/ Beach Cities Scuba, James Grundy, John Moss, Riviera Charter LLC, and M. V. Riviera ("M.V. Riviera" or "M/V Riviera") (collectively, "defendants"), removed this action based on plaintiffs' filing of a Second Amended Complaint, which for the first time named the M/V Riviera as an "in rem" defendant. (See Dkt. 1, Notice of Removal ("NOR") at ¶ 2; Dkt. 1-1, SAC at ¶ 14). On April 30, 2019, defendant filed a Notice of Partial Settlement, indicating the plaintiffs reached a settlement with certain defendants, including M/V Riviera, which was conditioned on a finding of good faith settlement pursuant to California Code of Civil Procedure § 877.6. (See Dkt. 35). On May 16, 2019, all the parties to this action, including the non-settling party, filed a Stipulation Re Good Faith Settlement (Dkt. 36), which the court approved on May 22, 2019. Given that the M/V Riviera is no longer a party to this action, and pursuant to 28 U.S.C. § 1367(c)(3), IT IS ORDERED THAT:

1. The action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles, 825 Maple Avenue, Torrance, CA 90503.

2. The Clerk shall send a certified copy of this Order to the state court.

3. All pending motions are denied as moot.

Initials of Preparer    vdr